UNITED STATES BANKRUPTCY COURT
NORTHERN  DISTRICT OF  ILLINOIS
EASTERN  DIVISION

In re:                                     §
                                           §
ROLNICKI, LYNN A                           §       Case No. 13-37909
                                           §
         Debtor(s)                         §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

     Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Peter N. Metrou, Trustee, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

     The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
          CLERK OF THE COURT
          219 South Dearborn
          Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:15 AM on 07/25/2014 in Courtroom ,
          Joliet City Hall
          150 West Jefferson, 2nd Floor
          Joliet, IL 60432
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 06/12/2014                     By: CLERK OF THE COURT


*Peter N. Metrou, Trustee*
*123 W. Washington Street*
*Suite 216*
*Oswego, IL 60543*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                                §
                                      §
ROLNICKI, LYNN A                      §         Case No. 13-37909
                                      §
            Debtor(s)                 §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 6,000.00 |
| and approved disbursements of | $ | 0.00 |
| leaving a balance on hand of[1] | $ | 6,000.00 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: Peter N. Metrou, Trustee | $ 1,350.00 | $ 0.00 | $ 1,350.00 |
| Trustee Expenses: Peter N. Metrou, Trustee | $ 30.94 | $ 0.00 | $ 30.94 |

| | |
|---|---:|
| Total to be paid for chapter 7 administrative expenses | $ 1,380.94 |
| Remaining Balance | $ 4,619.06 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 30,879.10 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 15.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Quantum3 Group LLC as agent for | $ 450.40 | $ 0.00 | $ 67.37 |
| 000002 | Wade R Joyner | $ 13,621.98 | $ 0.00 | $ 2,037.65 |
| 000003 | Capital One, N.A. | $ 3,392.08 | $ 0.00 | $ 507.41 |
| 000004 | PYOD, LLC its successors and assigns as assignee | $ 5,708.25 | $ 0.00 | $ 853.87 |
| 000005 | PYOD, LLC its successors and assigns as assignee | $ 1,176.64 | $ 0.00 | $ 176.01 |
| 000006 | GE Capital Retail Bank | $ 6,529.75 | $ 0.00 | $ 976.75 |

Total to be paid to timely general unsecured creditors     $ 4,619.06

Remaining Balance     $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

      Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

      Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/Peter N. Metrou
                           Trustee

*Peter N. Metrou, Trustee*
*123 W. Washington Street*
*Suite 216*
*Oswego, IL 60543*

**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:
Lynn A Rolnicki
    Debtor

Case No. 13-37909-BWB
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0752-1    User: corrinal    Page 1 of 1    Date Rcvd: Jun 13, 2014
                    Form ID: pdf006    Total Noticed: 17

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 15, 2014.
```
db          +Lynn A Rolnicki,    2664 Canyon Drive,    Plainfield, IL 60586-5923
21034569    +Associated Pathologists of Joliet,    39784 Treasury Center,    Chicago, IL 60694-9700
21034570     Capital One,    PO Box 71106,    Charlotte, NC 28272-1106
21600150     Capital One, N.A.,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
21034571   ++FIFTH THIRD BANK,    MD# ROPS05 BANKRUPTCY DEPT,    1850 EAST PARIS SE,
             GRAND RAPIDS MI 49546-6253
            (address filed with court:  Fifth Third Bank,    PO Box 630778,    Cincinnati, OH 45263-0778)
21034573     Macy's,    PO Box 183083,    Columbus, OH 43218-3083
21034574     Pac Sun,    PO Box 659705,    San Antonio, TX 78265-9705
21034575     Quick Lane,    PO Box 183 015,    Columbus, OH 43218-3015
21034576    +Royal Bank,    9226 S. Commercial Avenue,    Chicago, IL 60617-4508
21034577     Sears,    PO Box 183082,    Columbus, OH 43218-3082
21417562    +Wade R Joyner,    c/o Lorenzinl Assoc ltd,    1900 Spring Rd Ste 501,    Oak Brook, IL 60523-1482
21034578    +Wade R. Joyner,    Lorenzini & Assoc,    1900 Spring Rd., ste. 501,    Oak Brook, IL 60523-9066
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
21074939      E-mail/PDF: rmscedi@recoverycorp.com Jun 14 2014 00:14:39     GE Capital Retail Bank,
              (MEIJER PLATINUM MC),    c/o Recovery Management Systems Corp.,    25 S.E. 2nd Avenue, Suite 1120,
              Miami, FL 33131-1605
21695119      E-mail/PDF: rmscedi@recoverycorp.com Jun 14 2014 00:14:39     GE Capital Retail Bank,
              c/o Recovery Management Systems Corp,    25 SE 2nd Ave Suite 1120,    Miami FL 33131-1605
21034572      E-mail/Text: bnckohlsnotices@becket-lee.com Jun 14 2014 00:09:57     Kohl's,    Box 2983,
              Milwaukee, WI 53201-2983
21651441     +E-mail/PDF: resurgentbknotifications@resurgent.com Jun 14 2014 00:13:57
              PYOD, LLC its successors and assigns as assignee,    of Citibank, N.A.,
              Resurgent Capital Services,    PO Box 19008,    Greenville, SC 29602-9008
21373714      E-mail/Text: bnc-quantum@quantum3group.com Jun 14 2014 00:10:36
              Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,    Kirkland, WA  98083-0788
                                                                                              TOTAL: 5
```
        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 15, 2014                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 12, 2014 at the address(es) listed below:
```
              Bradley S Covey    on behalf of Debtor Lynn A Rolnicki bradley.covey@gmail.com,
               susan@coveybankruptcy.com;sellis@springerbrown.com;sellis.springerbrown@gmail.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Peter N Metrou    on behalf of Trustee Peter N Metrou met.trustee7@att.net,
               met.trustee_backup@att.net,pnmlawyer@aol.com,pmetrou@ecf.epiqsystems.com
              Peter N Metrou    met.trustee7@att.net,    met.trustee_backup@att.net,pnmlawyer@aol.com,
               pmetrou@ecf.epiqsystems.com
                                                                                             TOTAL: 4
```